# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Erik Gilmore<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 2:25-MJ-90<br>)<br>)<br>)<br>) |

JUN 16 2025 AM 10:21
FILED – USDC – NDTX – AM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 13, 2025__ in the county of __Randall__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua Motto, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 6/16/25

*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

## Affidavit in Support of Complaint
## Cause Number 2:25-MJ-90

I, Joshua Motto, being duly sworn under oath, do hereby depose and state:

1. I am a Special Agent with the FBI, and I have been so employed since 2022. As part of my official duties, I have conducted and participated in investigations relating to firearms investigations and crimes of violence. As part of my duties and responsibilities, I am authorized to investigate crimes involving firearms, including violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) relating to the persons who have been previously convicted felony offenses who knowingly possess firearms.

2. On April 13, 2025, members of the Amarillo Police Department Proactive Criminal Enforcement Unit established surveillance at 4428 Ridgecrest Circle, Amarillo, Texas, the known residence of Erik GILMORE. GILMORE was suspected to be involved with the distribution of methamphetamine. At approximately 12:30 a.m., GILMORE was the driver of a vehicle that was observed leaving his residence. Lt. Scott Chappell observed GILMORE failed to signal intent when making a westbound turn onto S.W. 34th Avenue from Teckla Blvd. A traffic stop was conducted with GILMORE who stopped near the intersection of S.W. 34th Avenue and Oxbow.

3. Cpl. Jonathan Kinnison contacted GILMORE who was confirmed as the driver. GILMORE was placed under arrest for the traffic violation of failing to signal. GILMORE was told he was under arrest and ordered to exit the vehicle but refused.

GILMORE had to be removed from the vehicle by officers. Cpl. Kinnison found that GILMORE had a Ruger 9mm SR9 handgun with serial number 331-99144 inside of his waistband. The Ruger handgun had a magazine inserted that contained seventeen (17) rounds of 9mm ammunition. Based on open-source reporting Ruger firearms are manufactured outside the state of Texas, therefore GILMORE's possession of the Ruger handgun affected interstate commerce.

4. Cpl. Kennedy conducted a Mirandized interview with GILMORE, GILMORE waived his rights and agreed to speak with law enforcement. During the interview, GILMORE admitted to being involved with the distribution of methamphetamine. GILMORE also admitted possession of the handgun and explained he carried it for protection from the streets.

5. GILMORE's Computerized Criminal History (CCH) was searched, and it was found that GILMORE is a convicted felon and is prohibited by law from possessing a firearm. GILMORE has felony convictions for Assault, Theft of Property and Aggravated Robbery.

6. On July 19, 2017, GILMORE was convicted of the felony offense of Aggravated Robbery in the 251st District Court, Randall County, Texas. The Judgment of Conviction lists Aggravated Robbery as a first-degree felony. GILMORE was sentenced to 12 years of confinement for the offense. The Judgement of Conviction bears GILMORE's signature and right thumbprint. Further, GILMORE is currently on Texas Parole for the offense and is ordered to remain on parole until September 2028. Based on

the above information, GILMORE knew that he was a convicted felon at the time he possessed the firearm listed above.

_____
Joshua Motto
Special Agent
Federal Bureau of Investigation

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 on the 16th day of June, 2025.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

_____
Anna Marie Bell
Assistant United States Attorney